

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| NIZZERA T. KIMBALL | CIVIL ACTION NO. 06-1413 |
| VERSUS | DISTRICT JUDGE DEE D. DRELL |
| HARTFORD LIFE & ACCIDENT INSURANCE COMPANY | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the decision the administrator is reversed, and Hartford is ordered to re-institute payment of benefits as of the date of termination.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 27th day of February, 2008.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**